HAWIE MANUFACTURING COMPANY *v.*
J. ROBERT POULTER ET AL.
(3536)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Argued December 3—decision released December 9, 1986

*Kevin J. Maher,* with whom, on the brief, was *Scott Wilson Williams,* for the appellant (plaintiff).

*Margaret M. Hayes,* for the appellee (named defendant).

PER CURIAM. There is no error.